RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Arian Bailey

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-00208-GMN-DJA |
| Plaintiff, | **STIPULATION TO DISMISS PETITION WITHOUT PREJUDICE** |
| v. | |
| ARIAN BAILEY, | |
| Defendant. | |

Pursuant to the Court's February 7, 2022, Minute Order, Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Arian Bailey, hereby submit the following stipulation.

1. On September 2, 2021, Mr. Bailey admitted to the allegations in the original petition and addendum. The Court stayed sentencing for six months in order for Mr. Bailey to complete treatment and get back into compliance.

2. Since that hearing, Mr. Bailey has only had negative tests and has stayed in compliance. He also successfully completed outpatient treatment through the Freedom House.

3. The parties have agreed to dismiss the petition without prejudice and continue Mr. Bailey on his current term of supervision.

4. The parties move to dismiss the petition and the addendum at this time. The parties request that the March 2, 2022, hearing be vacated because of the joint resolution.

DATED this 16th day of February 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Simon F. Kung<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

DATED this __17__ day of __February__, 2022

By: _____
JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 16, 2022 he served an electronic copy of the above and foregoing, **STIPULATION TO DISMISS PETITION WITHOUT PREJUDICE**, by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Federal Public Defender Employee

3