RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Arian Bailey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ARIAN BAILEY,<br><br>            Defendant. | Case No. 2:21-CR-00208-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Arian Bailey, that the Revocation Hearing currently scheduled on September 5, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   The government is preparing a plea offer to resolve this case and a new case that may be filed by information. The government needs additional time to prepare and approve its offer after which the defendant will need time to consider the government's offer.

   2.   The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By: *Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARIAN BAILEY,<br><br>　　　　Defendant. | Case No. 2:21-cr-00208-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 5, 2023, at 11:00 a.m., be vacated and continued to  October 10, 2023  at the hour of 11:00 a.m.

DATED this  29  day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

3