RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Arian Bailey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00208-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ARIAN BAILEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Arian Bailey, that the Revocation Hearing currently scheduled on October 10, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The government is preparing a plea offer to resolve this case and a new case that may be filed by information. The government needs additional time to prepare and approve its offer after which the defendant will need time to consider the government's offer.

2.      The defendant is in custody and agrees with the need for the continuance.

1    3.    The parties agree to the continuance.

2    This is the second request for a continuance of the revocation hearing.

3    DATED this 4th day of October, 2023.

4

5    RENE L. VALLADARES                     JASON M. FRIERSON
     Federal Public Defender                United States Attorney

6

7
     By: *Brian Pugh*                       By: *Kimberly Frayn*
8    BRIAN PUGH                             KIMBERLY FRAYN
     Assistant Federal Public Defender      Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00208-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ARIAN BAILEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 10, 2023, at 11:00 a.m., be vacated and continued to  December 13, 2023  at the hour of 9:00 a.m.

DATED this  4   day of October, 2023.

_____

UNITED STATES DISTRICT JUDGE