RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Arian Bailey

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARIAN BAILEY,<br><br>        Defendant. | Case No. 2:21-CR-00208-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Arian Bailey, that the Revocation Hearing currently scheduled on December 13, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a global resolution. An arraignment is scheduled in Case No. 2:23-cr-00214-CDS-BNW for November 30, 2023, at 11:00 p.m. The parties have

agreed that the revocation hearing in this case needs to go after the new case has proceeded to arraignment and sentencing.

  2.  The defendant is in custody and agrees with the need for the continuance.

  3.  The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 14th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By: *Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARIAN BAILEY,<br><br>        Defendant. | Case No. 2:21-cr-00208-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 13, 2023, at 9:00 a.m., be vacated and continued to March 13, 2024 at the hour of 9:00 a.m.

DATED this 14 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3