RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Arian Bailey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARIAN BAILEY,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00208-GMN-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Arian Bailey, that the Revocation Hearing currently scheduled on March 13, 2024 at 9:00 am, be vacated and continued to March 18, 2024 at 9:00 am

This Stipulation is entered into for the following reasons:

1.　　The parties have reached a global resolution. Sentencing is scheduled in Case No. 2:23-cr-00214-CDS-BNW for March 14, 2024, at 10:00 a.m. The parties have agreed that the revocation hearing in this case needs to go after the new case has proceeded to sentencing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 4th day of March, 2024.


RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                     United States Attorney



By: *Aden Kahssai*                          By: *Kimberly Frayn*
ADEN KAHSSAI                                KIMBERLY FRAYN
Assistant Federal Public Defender           Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

ARIAN BAILEY,

               Defendant.

Case No. 2:21-cr-00208-GMN-DJA

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 13, 2024, at 9:00 a.m., be vacated and continued to March 18, 2024 at the hour of 9:00 a.m.

DATED this _5_ day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3